CV5-604 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00604-CV







Darrell Compton, Appellant



v.



Hattie Belle Bishop; Jimmy Dane Bishop; The Estate of Euell J. Bishop; Bishop and Guy
Partnership; and Bishop & Sons Dirt Contractors, Inc., Appellees






FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT


NO. 11,877, HONORABLE JOHN E. SUTTON, JUDGE PRESIDING








PER CURIAM


 The parties to this appeal have filed a joint motion asking that this Court dismiss
the cause because they have reached a settlement. Tex. R. App. P. 59(a)(1)(A). We grant their
motion and dismiss the cause.


Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Joint Motion

Filed: May 1, 1996

Do Not Publish